# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear ~~~ ~~~ as provided for by Local Rules 83.12 through 83.14.

In the Matter of      Michael Parish
v.
Sheriff of Cook County
Cook County

07CV4369
JUDGE KENNELLY
MAG. JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Parish

FILED
AUG - 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Thomas G. Morrissey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Thos J Morr~ | |
| FIRM Thomas G. Morrissey, LTD | |
| STREET ADDRESS 10249 S. Western Ave. | |
| CITY/STATE/ZIP Chicago, IL 60643 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3125372 | TELEPHONE NUMBER 773-233-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |