UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PARISH, CURTIS L. OATS, LEILA KHOURY AND SEAN DRISCOLL  )<br>)<br>Plaintiffs,  )<br>-vs-  )<br>)<br>)<br>SHERIFF OF COOK COUNTY,  )<br>AND COOK. COUNTY,  )<br>)<br>Defendants,  ) | No. 07 C 4369<br><br>(Judge Kennelly) |

## PROTECTIVE ORDER

This cause coming to be heard on the Motion of the Defendants for the Entry of a Protective Order, The court having been fully advised of the premises, due notice having been given,

IT IS HEREBY ORDERED:

(1) The current parties (and their attorneys) and any future parties (and their attorneys) to the above-captioned matter are hereby authorized to receive, subpoena, and transmit "protected information" to the extent and subject to the conditions outlined herein.

(2) In order to preserve the confidentiality and security of persons in CCDOC this Protective Order limits the dissemination and

disclosure of documents and information contained therein which reveals information subpoenaed from the Cook County Department of Corrections, and Cermak Health Services of Cook County including personnel records and medical records, including mental health records, ("protected information").

(3) The above described "protected information" shall not be disclosed to any person other than the attorneys of record, their support staff, and retained or consulting experts, provided however, that any such "protected information" may be publicly disclosed provided that all personal identifying information has been redacted in a secure manner. Materials containing "confidential information" may be included as part of any document to be filed in this case, provided that the "confidential information," including but not limited to personal identifying information, has been redacted in a secure manner. The courtesy copy of any such redacted documents shall be provided to the Court in unredacted form.

(4) Insofar as any party in this action contends that public disclosure of any other information to be disclosed in this litigation would cause a clearly defined and serious injury, that party may designate such information as "confidential."

(5) Any such "confidential" information shall not be disseminated, discussed, delivered or otherwise brought to the attention of any person except in this litigation, and this Court, as necessary for the conduct of this litigation.

Dated: August 20, 2008

_____
United States District Court Judge