

2. Pursuant to Rule 23(c)(2)(B), "the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort."

3. The Court has approved a form of class notice; plaintiffs intend to mail a copy of the notice (along with a "opt-out" form) to all persons who were processed into the Cook County Jail on and after August 3, 2005, who were held there for more than 24 hours, and whose last known address, as it appears in jail records, is "deliverable" by the United States Postal Service.

4. Plaintiffs' counsel have learned from their recent experience with the "swab case," *Jackson v. Sheriff,* No. 06 CV 493, that mail to last known address is not the best way to reach persons who are presently confined in the Cook County Jail. Counsel have also learned from *Jackson* that the posting of notices in the jail is wholly ineffective to reach class members.

5. The "best notice that is practicable under the circumstances" for persons presently confined at the jail is to provide each prisoner with a copy of the class notice and opt-out form. Class counsel propose to furnish the Sheriff with a sufficient number of

notices and opt-out forms to allow a copy to be furnished to each person confined at the jail. Delivery by the Sheriff of the forms to each class member will pose less of a security risk than if the notices had arrived by mail, requiring the inspection of envelopes directed to 10,000 prisoners.

6. Each person who is admitted to the jail is a potential class member. Class counsel propose to supply the Sheriff with a sufficient number of notice and opt-out forms so that the Sheriff may provide a copy of each document to every person as they are admitted to the jail. This procedure will be less burdensome than requiring the Sheriff to provide periodic updates of the identity of class members and will be less of a security risk than that presented by inspecting incoming mail.

Respectfully submitted,

/s/ Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Ave.
Chicago, IL. 60643
(773) 233-7900

Kenneth N. Flaxman
200 S Michigan Ave, Ste 1240
Chicago, IL 60604
(312) 427-3200
*Attorneys for the Plaintiff*

-3-

# CERTIFICATE OF SERVICE

Thomas G. Morrissey states that he served by E-filing the foregoing **motion on** Daniel Fahlgren, Office of the State's Attorney, 500 Richard J. Daley Center, Chicago, IL 60602 on December 10, 2008

/s/ Thomas G. Morrissey
Thomas G. Morrissey
10249 S. Western Ave.
Chicago, IL. 60643
(773) 233-7900

*an attorney for plaintiffs*