IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Parish, et al., | ) |
|     *Plaintiffs,* | ) ) ) No. 07 CV 4369 |
|    *-vs-* | ) ) *(Judge Kennelly)* |
| Sheriff of Cook County and Cook County, | ) ) ) |
|     *Defendants.* | ) |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM
CONCERNING NOTICE TO PERSONS
DETAINED AT COOK COUNTY JAIL**

Plaintiffs submit the following in response to the questions posed by the Court in its order of January 26, 2009:

1. Individual mailing to formerly confined prospective class members will be performed by a commercial mailing service. The service will print the class notice and opt-out forms, and affix a barcode to each document. The two pieces of paper will be folded by a folding machine and inserted (by an inserting machine) into a window envelope. The mailing service will affix postage to the envelope and transport the stuffed envelopes to the post-office for mailing.

2. One way to set up envelope stuffing to avoid the need for the jail to inspect incoming envelopes would be for the County to be responsible for stuffing the 10,000 or so envelopes which will be distributed to prisoners at the jail. Plaintiffs' counsel believes that the County has in-house capability

to perform this stuffing. This would allow defendants to employ whatever security measures they deemed appropriate to avoid inspecting each incoming envelope. Plaintiffs would provide the County with pre-printed (and barcoded) notices, opt-out forms, and window envelopes.

      3.    Plaintiffs propose that prominent posting of notice, including posting in the intake area and day rooms of esidential units, would satisfy Rule 23(c)(2)(B) for those persons processed into the jail after the initial mailing of class notice. The Sheriff should be required to make copies of the class notice and opt-out forms available to detainees through the law library, social workers, and correctional counselors.

                             Respectfully submitted,

                             /s/ Kenneth N. Flaxman
                             Kenneth N. Flaxman
                             200 S Michigan Ave, Ste 1240
                             Chicago, IL 60604
                             (312) 427-3200

                             Thomas G, Morrissey
                             Thomas G. Morrissey, Ltd.
                             10249 S. Western Ave.
                             Chicago, IL. 60643
                             (773) 233-7900

                             *Attorneys for the Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Frances Catania, Ass't State's Atty, 500 Daley Center, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____
Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)