UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Parish, et al., | ) | |
| Plaintiffs, | ) ) ) | 07 C 4369 |
| vs. | ) ) | (Judge Kennelly) |
| Sheriff of Cook County and Cook County, | ) ) | |
| Defendants. | ) ) | |

## AGREED PROTECTIVE ORDER

This cause coming on to be heard on the motion of defendants for entry of a protective order concerning the use and disclosure of personal identifying information of persons entering the Cook County Jail after August 2, 2005, the Court having been fully advised of the premises, due notice having been given, and the parties having agreed to the terms of this order,

IT IS HEREBY ORDERED:

1.  As used in this order, "personal identifying information" means first and last name, social security number, street address, and date of birth.

2.  In order to preserve the confidentiality and security of persons in the Cook County Department of Corrections, this Protective Order limits the dissemination and disclosure of the personal identifying information of persons entering the Cook County Jail after August 2, 2005.

3. The above described "personal identifying information" shall not be disclosed to any person other than the attorneys of record, their support staff, and retained or consulting experts.

4. Materials containing "personal identifying information" may be included as part of any document to be filed in this case, provided that the "personal identifying information" has been redacted in a secure manner. The courtesy copy of any such redacted documents shall be provided to the Court in unredacted form.

5. Class counsel, their support staff, and retained or consulting experts may use the "personal identifying information" to locate the current whereabouts of class members, to provide notice to the class, and to communicate with members of the class.

6. Any use of the "personal identifying information" beyond that specified in paragraph 5 above is prohibited without express permission from the Court, which may be granted for good cause shown on notice and hearing.

7. Nothing in this order is intended to limit or regulate the manner in which class counsel may communicate with members of the class.

8. Nothing in this order is intended to limit or regulate the content of communications between class counsel and members of the class.

9. Nothing in this order is intended to limit or regulate the use or disclosure of information about persons entering the Cook County Jail after

- 3 -

August 2, 2005 where such disclosure does not involve any "personal identifying information."

DATED: February 18, 2009

ENTER:

_____
Matthew F. Kennelly
United States District Judge

- 3 -