IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Parish, et al., | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | )    No. 07 CV 4369 |
|   -vs- | ) |
| | )    *(Judge Lee)* |
| Sheriff of Cook County and Cook County, | ) |
| | ) |
|    *Defendants*. | ) |

### MOTION TO SET DATE FOR RULING

Plaintiffs, by counsel, move the Court to set a date for ruling on the cross-motions for summary judgment, ECF Nos. 173, 190, 193.

Grounds for this motion are that class counsel receive frequent inquires by phone and mail from class members about the status of the pending motions. To allow counsel to respond to these frequent inquiries, plaintiffs respectfully suggest that the Court set a date for ruling on the pending motions.

Respectfully submitted,

/s/ <u>Kenneth N. Flaxman</u>
KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
*An Attorney for the Plaintiff Class*