**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Michael Parish, et al.

                        Plaintiff,

v.                                           Case No.: 1:07−cv−04369
                                              Honorable John Z. Lee

Sheriff of Cook County, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 17, 2019:

      MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 12/17/19. For the reasons stated on the record, Plaintiff's motion for preliminary approval of class action settlement [385] granted. Notices should be sent out to the settlement class by 2/28/20; any objections are due by 5/8/20. A motion for final approval and petition for attorneys' fees and costs is due by 5/15/20. A final fairness hearing is set for 6/5/20 at 11:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.