IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Parish, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| *-vs-* | ) | No. 07 CV 4369 |
| | ) | |
| Sheriff of Cook County and Cook County, | ) | *(Judge Lee)* |
| | ) | |
| *Defendants.* | ) | |

## AGREED MOTION TO RESET DATES
## FOR MAILING CLASS NOTICE

Plaintiffs, with the agreement of Defendants, moves the Court to reset the date for mailing class notice to March 23, 2020 (from February 28, 2020) for mailing class notice.

Grounds for this motion is that the funds approved by the Cook County Board for mailing notice are not expected to be available until March 6, 2020.

Respectfully submitted,

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC No. 830399
200 S. Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200

*an attorney for the Class*