IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Parish, et al. | ) | |
| | ) | |
| Plaintiffs | ) | 1:07-cv-04369 |
| | ) | |
| -vs- | ) | (Judge John Z. Lee) |
| | ) | |
| Sheriff of Cook County et al | ) | |
| | ) | |
| Defendants | ) | |

## JOINT STATUS REPORT

The parties submit the following joint status report pursuant to the THIRD AMENDED GENERAL ORDER 20-0012:

1. Notice of the proposed settlement was mailed to the last known of address of 252,277 class members on March 23, 2020.

2. 16,741 claims have been returned as of May 4, 2020. 285 class members have returned opt-out forms.

3. Two objections have been submitted by incarcerated class members.

4. The plaintiff class intends to file its memorandum in support of the proposed settlement by May 29, 2020 in accordance with the Court's order of March 10, 2020.

5. The case is currently scheduled for a fairness hearing on June 5, 2020 at 11:00 a.m.

6. The undersigned has been authorized by defense counsel Francis J. Catania to submit this report as a joint report.

>Respectfully submitted,
>/s/ <u>Kenneth N. Flaxman</u>
>Kenneth N. Flaxman
>ARDC No. 830399
>Joel A. Flaxman
>200 S Michigan Ave, Ste 201
>Chicago, IL 60604
>(312) 427-3200
>*attorneys for plaintiff*