UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Parish, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| -*vs*- | ) | No. 07-cv-4369 |
| | ) | |
| Sheriff of Cook County and Cook County, | ) | *(Judge Lee)* |
| | ) | |
| *Defendants.* | ) | |

## ORDER APPROVING CLASS ACTION SETTLEMENT

This matter is before the Court for final approval of the Settlement Agreement in this class action. The Court is familiar with the history of this case and the issues raised. The Court has reviewed and considered the Settlement Agreement, Plaintiffs' Memorandum in Support of Approval of Class Action Settlement, and Plaintiffs' Supplement to that Memorandum. The Court provided the parties and any class member with an opportunity to be heard at a hearing on June 5, 2020; no one spoke at the hearing to express an objection. Accordingly, for the reasons discussed on the record during the final approval hearing,

IT IS HEREBY ORDERED:

1. The Court has considered the strength of plaintiffs' case compared to the amount of defendants' settlement offer, and assessed the complexity, length, risk, uncertainty, and expense of the litigation, as well as the other factors set forth in Fed. R. Civ. P. 23(e)(2) and finds that the settlement is fair, reasonable, and adequate.

2. The Court has considered the objections of Eric Bernard, Darron Brewer, Bobbie Tatum, the John Wilczynski and finds that none of these objections provides a basis for refusing to approve the settlement.

3. The Court has also considered the affidavit from Christopher Longley, the Chief Executive Officer of the administrator (Atticus Administration LLC) submitted with Plaintiffs' Supplement to Memorandum in Support of Approval of Class Action Settlement, ECF No. 419, and reviewed the actual forms used to provide class notice and an opportunity to opt-out. The Court finds that the class has received appropriate notice in accordance with Rule 23(e)(1) of the Federal Rules of Civil Procedure.

4. Class counsel has informed the Court that 22,262 claims were received by June 2, 2020 and that there are 19,792 claimants for the pre-January 1, 2011 period and 2,467 for the post-January 1, 2011 period. Class counsel has proposed that, in accordance with the settlement agreement, class members who entered the Jail before January 1, 2011 each receive $180 and class members who entered the Jail on and after January 1, 2011 receive $90. This will leave $222,030 for payment to later filing claimants. Class counsel predicts, based on experience in other similar cases, that this amount will suffice to pay all later filing claimants. Based upon the record, the Court agrees that this is fair, reasonable, and adequate and hereby approves payment in the amounts set out above.

5. The Court finds that the proposed service awards are fair, reasonable, and consistent with those in other similar class action cases. The Court hereby approves the payment of a service award of $25,000 (twenty-five thousand dollars) to Michael Parish. The Court also approves payment to each of the additional plaintiffs Curtis Oats, Leila Khoury, Sean Driscoll, Carla Lorton, Roy Cleaves, Lisa Brown, Dan Taylor, Dean Miller, Stacey Clark, Kevin Sanders, and Carlotte Wilson in the amount of $15,000 (fifteen thousand dollars). In addition, the Court approves payment of a service award in the amount of $5,000 (five thousand dollars) to class member exemplars Sabrina Alexander, Rodney Bailey, Beria Beasley, Bobbie Berry, Jennifer Farrar, Daniel Gerl, Bernard Granderson, John Hendrix, John Holmes, Jerod Horne, Yvette Lee, Jess Mason, Willie Mikel, Nicholas Morris, LaDon Pilcher, Veronica Stuckey, Terry Tharpe, Andre White, and Lance Woodard.

6. The payment of fees to Plaintiffs' counsel in the amount of $2,500,000 and expenses in the amount of $221,734.33 is hereby approved as fair and reasonable.

7. The Court grants final approval of the Settlement. This matter is dismissed with prejudice; the Court retains jurisdiction to February 5, 2021 to implement the terms of the Settlement Agreement in the docket.

Dated: June 9, 2020

_____
John Z. Lee
United States District Judge